# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH CANDLER,

    Plaintiff,

v.

BAKER, et al.,

    Defendants.

No. 2:17-cv-01885 AC P

ORDER

Defendants removed this action from the Sacramento County Superior Court to this district on September 11, 2017. ECF No. 2. On September 20, 2017, plaintiff filed objections to the notice of removal. ECF No. 5. In a single paragraph, plaintiff argues that his claims are based on a "campaign of harassment" which the state courts are more suited to adjudicate and that the state court has already issued a case management order. Id. Plaintiff does not explain why the state courts are more suited to hear his harassment claims, nor does he cite any authority for the proposition that a state court's issuance of a case management order deprives a federal court of jurisdiction. The court screened plaintiff's complaint on September 13, 2017, and concluded that he had brought at least one federal claim. ECF No. 4 at 2. Consequently, the court concludes that it has jurisdiction over plaintiff's claims at this time. See Ultramar America, Ltd. v. Dwelle, 900 F.2d 1412, 1413-1414 (9th Cir. 1990) (federal question jurisdiction exists if at least one claim in the complaint arises under federal law). If plaintiff believes that a remand of this case to state

court is legally proper, he may file a motion to remand within thirty days of this order's entry.[1] That motion should cite legal authority which supports his arguments for remand.

SO ORDERED.

DATED: September 22, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] A motion to remand based on any defect other than lack of subject matter jurisdiction must be made within thirty days of the filing of the notice of removal. See 28 U.S.C. § 1447(c). To the extent plaintiff's remand arguments are not based on a lack of subject matter jurisdiction, the court will extend the deadline and grant him thirty days from the date of this order's entry.