UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>    Plaintiff,<br><br>    v.<br><br>BAKER, et al.,<br><br>    Defendants. | No. 2:17-cv-1885 AC P<br><br><br>ORDER |

Defendants have filed a motion for extension of time to file an answer to the amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 8) is granted;

2. The court will screen plaintiff's first amended complaint by separate order; and

3. Defendants' answer to the first amended complaint shall be due thirty days from the date the court enters its new screening order.

DATED: October 11, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE