UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER, | No. 2:17-cv-1885 AC P |
| Plaintiff, | |
| v. | ORDER |
| BAKER, et al., | |
| Defendants. | |

By an order issued October 17, 2017, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form necessary to effect service on defendant Rashid. See ECF No. 10 at 4. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

Plaintiff shall have one more opportunity to submit the documents necessary for service. Failure to submit the required paperwork within the allotted time period will result in a recommendation that defendant Rashid be dismissed as a defendant in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide to plaintiff a blank summons, a copy of the October 4, 2017 first amended complaint, one USM-285 form, and instructions for service of process on defendant Rashid.

////

1

1         2.     Within twenty-one days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

            a.     The completed Notice of Submission of Documents;

            b.     The completed summons;

            c.     The completed USM-285 form for defendant Rashid, and

            d.     Two copies of the endorsed first amended complaint filed October 4, 2017.

        3.     Plaintiff need not attempt service on defendant Rashid and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshall to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

        IT IS SO ORDERED.

DATED: January 10, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>        Plaintiff,<br><br>   v.<br><br>BAKER, et al.,<br><br>        Defendants. | No. 2:17-cv-1885 AC P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

Plaintiff submits the following documents in compliance with the court's order filed _____:

      1      completed summons form

      1      completed form USM-285

      2      copies of the complaint

DATED:

                                                                      Plaintiff

1