UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER, | No. 2:17-cv-1885 AC P |
| Plaintiff, | |
| v. | ORDER |
| BAKER, et al, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On June 30, 2017, plaintiff filed this action in the Sacramento County Superior Court. See ECF No. 2 at 5 et seq. Defendants removed the action to this court on September 11, 2017. See ECF Nos 1, 2.

On January 11, 2018, the court ordered plaintiff to complete and return documents to be served on defendant Rashid. ECF No. 12. On January 22, 2018, plaintiff submitted the required documents to the court. ECF No. 13. They are ready to be served upon defendant Rashid.

Because the matter was removed to this court by defendants, the filing fees have been paid. As a result, plaintiff's submission of an in forma pauperis application is not needed for this matter to continue to proceed in federal court. This also means, however, that as a litigant who has not been granted in forma pauperis status, plaintiff is required to file and serve his pleadings on defendants himself.

1

If plaintiff wishes to serve defendants himself throughout the remainder of this action, he is free to do so. In that case, he shall inform the court, and his recently filed documents will be returned so that he may serve them. If, however, plaintiff wishes to have his amended petition as well as future filings served upon defendants by officers of the court, plaintiff may file an application to proceed in forma pauperis. If plaintiff is granted in forma pauperis status, the United States Marshal's office will serve plaintiff's documents on defendants throughout the remainder of this action. <u>See</u> 28 U.S.C. § 1915(d) (stating officers of the court shall issue and serve all process in in forma pauperis proceedings).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or in the alternative, inform the court that he wishes to serve documents on defendants himself through the remainder of this action, and
2. The Clerk of Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: April 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2