UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>        Plaintiff,<br><br>    v.<br><br>BAKER, et al.,<br><br>        Defendants. | No. 2:17-cv-1885 AC P<br><br><br><br>ORDER |

On July 8, 2019, plaintiff filed a motion for a fourteen-day extension of time to file an opposition to defendants' motion for summary judgment. ECF No. 30. In support of the motion, plaintiff states that he needs more time to research and organize his opposition. See id. He also states that as an inmate in maximum security housing, programming is often shut down, which prevents him from having access to the jailhouse lawyer who is assisting him with this action. See id. Limited programming and sharing of facilities have also reduced his opportunities to access to the law library. See id.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, filed July 8, 2019 (ECF No. 30), is GRANTED, and

////

////

2. Plaintiff shall have fourteen days from the date of this order within which to file an opposition to defendants' motion for summary judgment. Defendants' reply, if any, shall be filed within seven days thereafter.

DATED: July 9, 2019.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE